UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF DELAWARE

VICTORIA CREWS-HENRY, )
)
        Plaintiff, )
)
v. ) Case No.: 1:18-cv-00405-CFC-SRF
)
DIVERSIFIED CONSULTANTS, INC., )
        Defendant. )
)
_____ )

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Andrew E. Cunningham* | */s/ W. Christopher Componovo* |
| Andrew E. Cunningham, Esq. | W. Christopher Componovo, Esq. |
| Sessions Fishman Nathan & Israel, LLC | Kimmel & Silverman P.C. |
| 141 W. Jackson Blvd., Suite 3550 | 501 Silverside Road, Suite 118 |
| Chicago, IL 60604 | Wilmington, DE 19809 |
| Phone: (312) 578-0992 | Phone: (302) 791-9373 |
| Fax: (877) 334-0661 | Email: wcomponovo@lemonlaw.com |
| Email: acunningham@sessions.legal | Attorney for Plaintiff |
| Attorney for the Defendant | |
| | Date: February 11, 2019 |
| Date: February 11, 2019 | |

BY THE COURT:

_____ J.
February 12, 2019